NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,
*Plaintiffs-Cross Appellants,*

v.

### UNITED STATES,
*Defendant-Appellant.*

---

2011-5001, -5013

---

Appeals from the United States Court of Federal Claims in case no. 91-CV-1470, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## ORDER

The United States moves for leave to enlarge the oral argument time allotted to the parties from 15 minutes per side to 25 minutes per side in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States' motion to enlarge oral argument time is deferred for consideration by the merits panel assigned to hear this case.

(2) A copy of the United States' motion to enlarge oral argument time and this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JAN 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lyman D. Bedford, Esq.
Elizabeth Ann Peterson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK